**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: Crystal R Rogers<br><br>Debtor(s) | Case No. 18 B 01276 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2018.

2) The plan was confirmed on 04/18/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/16/2018.

5) The case was Dismissed on 08/29/2018.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $4,125.00 | |
| Less amount refunded to debtor | $275.00 | |
| **NET RECEIPTS:** | | **$3,850.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,846.50 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $173.32 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,019.82** |

Attorney fees paid and disclosed by debtor: $340.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1stprogress/1stequity/ | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Aargon Agency Inc | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 2,429.00 | NA | NA | 0.00 | 0.00 |
| Americash Loan | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Archerfield Funding LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 1,000.00 | 1,050.60 | 1,050.60 | 0.00 | 0.00 |
| Bank of America | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| Capital Accounts | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CashNet USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Charles Amenta | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Chicagoland Foot & Ankle | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,985.00 | 4,521.48 | 4,521.48 | 0.00 | 0.00 |
| Collection Bureau of Hudson Valley | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Community Care Network | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| Dental Works | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| First Progress | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Geico Casualty | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 3,209.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 98.40 | 98.40 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,000.00 | 1,017.43 | 1,017.43 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,710.00 | 3,176.80 | 3,176.80 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 182.28 | 182.28 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 570.00 | 570.37 | 570.37 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 530.00 | 530.06 | 530.06 | 0.00 | 0.00 |
| JP Morgan Chase | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| K Jordan | Unsecured | 220.00 | 218.62 | 218.62 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Luther Appliances & Furniture Sales | Unsecured | 3,454.00 | 3,116.61 | 3,116.61 | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 100.00 | 559.26 | 559.26 | 0.00 | 0.00 |
| Midwest Orthopedics | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Miramed Revenue Group | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 650.00 | 654.51 | 654.51 | 0.00 | 0.00 |
| NCC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Northwest Specialists for Women | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medicine | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Porania | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Progressive Insurance Company | Unsecured | 2,835.00 | 2,835.28 | 2,835.28 | 0.00 | 0.00 |
| Quantum3 Group | Secured | 20,374.00 | 17,590.96 | 7,575.00 | 708.40 | 121.78 |
| Quantum3 Group | Unsecured | NA | 10,015.96 | 10,015.96 | 0.00 | 0.00 |
| RMCB | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Rush University Internists | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Smith Centers for Foot | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| Southwest Medical Affiliates | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Spark Energy Gas | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Steven Pearl DDS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Tempoe Financial | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Tmobile Financial | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| U Of I Employees CU | Unsecured | 55.00 | 54.98 | 54.98 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 64,024.00 | 64,147.66 | 64,147.66 | 0.00 | 0.00 |
| University of IL Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,575.00 | $708.40 | $121.78 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,575.00** | **$708.40** | **$121.78** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,194.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$4,194.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$88,556.07** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $3,019.82 | |
| Disbursements to Creditors | $830.18 | |
| **TOTAL DISBURSEMENTS** : | | **$3,850.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/11/2019 By: /s/ Marilyn O. Marshall

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.